# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO ROUGEAUX,<br><br>                          Plaintiff,<br><br>v.<br><br>L. BRANDS, INC., et al.,<br><br>                         Defendants. | Case No.: 17cv1622-JM(RBB)<br><br>**ORDER GRATING JOINT MOTION TO CONTINUE TELEPHONIC SETTLEMENT CONFERENCE [ECF NO. 23]** |

On March 7, 2018, the parties filed a Joint Stipulation to Continue Telephonic Settlement Conference. (<u>See</u> J. Stipulation, ECF No. 23.) The parties ask the Court to continue the telephonic attorneys-only settlement conference currently scheduled for March 13, 2018, and list their proposed dates. (<u>Id.</u> at 1-2.) In support of their request, the parties state that Plaintiff's counsel Ramin Hariri will be out of the country at the time of the scheduled settlement conference. (<u>Id.</u> at 2.)

Having reviewed the parties' joint motion and stipulation and finding god cause, the Court **GRANTS** the motion. Accordingly, the Court continues the telephonic attorneys-only settlement conference currently set for <u>March 13, 2018</u>, at <u>8:30 a.m.</u> until **March 27, 2018**, at **8:30 a.m.** Counsel for Plaintiff is to initiate the call.

**IT IS SO ORDERED.**

Dated: March 8, 2018

*Ruben Brooks*
Hon. Ruben B. Brooks
United States Magistrate Judge